

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Merlin Jcobie McCalister,

Vs. No. 11-15-00310-CR

The State of Texas,

\* From the 238th District Court
of Midland County
Trial Court No. CR44776.

\* January 19, 2018

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.